UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                           Case No. 20-11741-CSS
                                                 Chapter 15

BLUE MAN                                         Judge: Honorable Christopher S. Sontchi
ORLANDO, LLC.,

    Debtor.
_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL NOTICES**

Heather A. DeGrave and the law firm of Walters Levine Lozano & DeGrave hereby enter their appearance as counsel for Creditor HERC Rentals, Inc for the limited purpose of receiving electronic notice of all proceedings, pleadings and papers in this proceeding. The undersigned counsel hereby requests that the Clerk of Court add the Law Firm to the Court's CM/ECF Filing system for said Creditor.

Dated this 19th day of August, 2020.

                                            WALTERS LEVINE LOZANO & DEGRAVE
                                            Counsel for Creditor HERC Rentals, Inc.

                                            By: /s/ Heather A. DeGrave
                                            Heather A. DeGrave
                                            Florida Bar No. 756601
                                            601 Bayshore Blvd., Suite 720
                                            Tampa, Florida 33606
                                            Phone: (813) 254-7474
                                            Fax: (813) 254-7341
                                            Email: hdegrave@walterslevine.com

## **CERTIFICATE OF SERVICE**

I certify that on this date I electronically filed the foregoing pleading using the Court's CM/ECF Filing system.

This 19th day of August, 2020.

/s/ Heather A. DeGrave
Heather A. DeGrave
Florida Bar No. 756601
